**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KATHY GUARDADO,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.,<br>f/k/a Sallie Mae, Inc.,,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:15-cv-955 |

**[PROPOSED] ORDER OF DISMISSAL**

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:

____________________________________
The Honorable Judge George Jarrod Hazel
United States District Judge